UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ANTHONY BRIAN MALLGREN,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA, et al.,<br><br>Defendants. | No. 2:16-cv-00251-SAB<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION TO CLOSE FILE** |

Before the Court is Magistrate Judge John T. Rodger's Report and Recommendation to Close File. ECF No. 5. The Plaintiff has not responded to a court order to proffer the full filing fee, show cause why such prepayment would be inappropriate, or submit a properly completed Application to Proceed In Forma Pauperis.

After reviewing the Report and Recommendation and relevant authorities, the Court finds the Magistrate Judge's findings are correct. Therefore, the Court **adopts** the Report and Recommendation in its entirety and orders the file in this matter be closed.

Accordingly, **IT IS HEREBY ORDERED:**

1. The Court **ADOPTS** Magistrate Judge Rodger's Report and Recommendation to Close File, ECF No. 5, in its entirety.

2. Any pending motions are **dismissed as moot**.

**ORDER ADOPTING REPORT AND RECOMMENDATION TO CLOSE FILE #** 1

**IT IS SO ORDERED.** The District Court Executive is hereby directed to enter this Order, forward a copy to Petitioner and Magistrate Judge John T. Rodgers, and the District Court Executive shall **close** this case.

**DATED** this 30th day of August 2016.



Stanley A. Bastian
United States District Judge

**ORDER ADOPTING REPORT AND RECOMMENDATION TO CLOSE FILE #** 2